UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS E. MEANS,

    Petitioner,

v.                                             Case No.  3:13cv640/RV/CJK

JULIE L. JONES,

    Respondent.
_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 17, 2015. (Doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (doc. 1) is DISMISSED because the court lacks jurisdiction over petitioner's claims.

3.  The clerk is directed to close the file.

4.  A certificate of appealability is DENIED.

**ORDERED** on this 1st day of February, 2016.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**